IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINEYARD BRANDS, INC., a California Corporation<br><br>    Plaintiff,<br><br>  v.<br><br>VIÑA DOÑA PAULA, S.A., an Argentina Corporation, and VIÑA SANTA RITA, S.A., a Chile Corporation,<br><br>    Defendants.<br>_____/ | No. C 11-00589 WHA<br><br>**ORDER DENYING STIPULATED REQUEST TO STAY ACTION** |

On April 5, the parties filed a stipulation and proposed order to stay this action pending resolution of a motion to transfer a related action to this district from Florida. The parties represent that the motion to transfer will be fully briefed by April 21, and that "a temporary stay of both this action and the Florida Action will promote efficiency and judicial economy until the Florida court rules on the Motion to Transfer, as this ruling will determine the forum in which the parties' claims should be litigated" (Dkt. No. 15 at 2). Good cause to stay this action has not been shown. The parties' stipulated request for a temporary stay is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE