IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINEYARD BRANDS, INC., a California Corporation<br><br>    Plaintiff,<br><br>  v.<br><br>VIÑA DOÑA PAULA, S.A., an Argentina Corporation, and VIÑA SANTA RITA, S.A., a Chile Corporation,<br><br>    Defendants.<br>                                       / | No. C 11-00589 WHA<br><br>**NOTICE REGARDING JUNE 16 HEARING** |

Due to an ongoing trial, the time available for oral argument will be limited. Counsel should plan to address only critical points.

**IT IS SO ORDERED.**

Dated: June 16, 2011.

                                                        WILLIAM ALSUP<br>
                                                        UNITED STATES DISTRICT JUDGE