United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINEYARD BRANDS INC, | No. C 11-00589 WHA |
| Plaintiff, | |
| v. | **ORDER RETAINING JURISDICTION** |
| VINA DONA PAULA S.A., VINA SANTA RITA S.A. | |
| Defendants. | |

In their stipulated dismissal, the parties requested this Court to retain jurisdiction to enforce the settlement agreement (Dkt. No. 60). This Court will retain jurisdiction for the limited purpose of enforcing the settlement agreement for six months.

**IT IS SO ORDERED.**

Dated: January 5, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE